IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ISRAEL MORALES, | No. C 07-06002 TEH (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |
| vs. | |
| D. K. SISTO, Warden, | |
| Respondent. | |

On November 28, 2007, Petitioner filed a pro se civil rights action in this Court. On that same day, the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days.

On December 26, 2007, Petitioner notified this Court that he had requested the Inmate Trust Account Office on December 19, 2007, to complete the required "Certificate of Funds in Prisoner's Account" and mail it with his attached in forma pauperis application to the Court. Petitioner requested the Court to notify him if the application was not received. To date, the Court has not received an in forma pauperis application from Petitioner for this action.

///

///

1  Good cause appearing, the Court grants Petitioner an extension of **thirty (30) days**
2 from the date this order is filed to submit a complete in forma pauperis application with
3 the necessary documents. Petitioner is reminded that the ultimate filing of the necessary
4 pleadings is the responsibility of Petitioner, not the Inmate Trust Account Office.
5 IT IS SO ORDERED.
6 DATED: March 20, 2008
                                                THELTON E. HENDERSON
7                                               United States District Judge