1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ISRAEL MORALES,                          No. C 07-06002 TEH (PR)

9              Petitioner,                    ORDER OF DISMISSAL

10     vs.

11  D. K. SISTO, Warden,

12             Respondent.

13  _____/

14      On November 28, 2007, Petitioner filed a pro se petition for a writ of habeas

15  corpus.  On June 13, 2008, the Court entered an order directing Petitioner to provide the

16  Court with a current address within twenty days of the filing date of the order, or face

17  dismissal of the petition.  On July 1, 2008, a copy of the order addressed to Petitioner was

18  returned to the Court as undeliverable.  To date, Petitioner has not provided a current

19  address to the Court, nor has he paid the filing fee or submitted an in forma pauperis

20  application.

21      Accordingly, the petition is DISMISSED without prejudice for failure to prosecute

22  pursuant to Fed. R. Civ. Proc. 41(b) and failure to comply with Local Rule 3-11.  The

23  Clerk of the Court shall enter judgment in accordance with this Order, terminate all

24  pending motions, and close the file.

25  SO ORDERED.

26  DATED:   07/07/08
                                          _____
27                                        THELTON E. HENDERSON
                                          United States District Judge

28  G:\PRO-SE\TEH\HC.07\Morales6002.dismiss.wpd