1
2
3
4

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MORALES, | No. C 07-06002 TEH (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| D. K. SISTO, Warden, | |
| Respondent. | |

For the reasons stated in the order of dismissal, the petition is DISMISSED without prejudice. Judgment is entered in favor of Respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED:  07/07/08

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.07\Morales6002.judgmt.wpd