IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MORALES, | No. C-07-6002 TEH (PR) |
| Petitioner, | |
| v. | ORDER DIRECTING RESPONDENT TO FILE RESPONSIVE PLEADING TO ORDER TO SHOW CAUSE |
| D. K. SISTO, Warden | |
| Respondent. | |

Petitioner, a state prisoner incarcerated at California State Prison in Solano, California, has filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from Santa Clara County Superior Court. Doc. #1. On October 8, 2009, this Court ordered Respondent to show cause why a writ of habeas corpus should not be granted and set December 7, 2009 as the due date for the responsive pleading. Doc. #22. To date, Respondent has failed to file a response or sought an extension of time to do so.

//
//

Respondent is hereby directed to file a responsive pleading or a request for an extension of time to do so by no later than January 15, 2010. Should Respondent request an extension of time, one will not be granted in the absence of good cause shown.

IT IS SO ORDERED.

DATED  01/04/2010

THELTON E. HENDERSON
United States District Judge

N:\CM-PDF Forms\Morales-07-6002.directing resp to file answer.wpd